UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN O. ALI,<br><br>　　　　　Appellant,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>　　　　　Defendant | CV F-05-0713 OWW<br><br>Stipulation and<br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

　　Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated: 9/7/05

　　　　　　　　　　　　　　　/s/Oliver W. Wanger
　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　United States District Judge

1